IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT MILLER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-CV-234-JDK-JDL |
| FRANK LEONARD, ET AL., | § § § | |
| Defendants. | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Robert Miller, an inmate proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983.  This case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  On May 11, 2020, Judge Love issued a Report and Recommendation (Docket No. 6), recommending that the action be dismissed as barred by a previously entered sanction order.  *Id.* at 3.  A return receipt indicating delivery to Plaintiff was received by the Clerk on May 22, 2020.  Docket No. 7.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a *de novo* review, the Court examines the entire record and makes an independent assessment under the law.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).  Here, Plaintiff did not file objections in the prescribed period.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*,

492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation and finding no error, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 6) is **ADOPTED**. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITH PREJUDICE** as to the refiling of another *in forma pauperis* lawsuit raising the same claims as herein presented. In accordance with this Court's order entered in *Miller v. Bustos*, No. 6:20-cv-167 (E.D. Tex. May 21, 2020), Plaintiff Robert Miller may not refile this lawsuit unless he first obtains written permission from a judge of this Court or the Fifth Circuit Court of Appeals and pays in advance the full filing fee of $400.00. The Clerk shall not file or return any motions or other pleadings filed by Plaintiff Robert Miller in this lawsuit, except for a notice of appeal which must be accompanied by the appeal fee of $505.00. Plaintiff shall not be granted leave to proceed *in forma pauperis* on appeal in this civil action.

So **ORDERED** and **SIGNED** this **30th** day of **June, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE